656

44 So.2d 31

### Elvin BARRETT v. STATE.
#### 5 Div. 294.

Court of Appeals of Alabama.
Nov. 29, 1949.

Appeal from Circuit Court, Chilton County; Oakley W. Melton, Judge.

Distilling.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

44 So.2d 908

### Hugh BARRON v. STATE.
#### 7 Div. 8.

Court of Appeals of Alabama.
Jan. 17, 1950.

Appeal from Circuit Court, Cherokee County; F. M. Savage, Judge.

Violating prohibition law.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Appeal dismissed.

49 So.2d 923

### Wade BEARD v. STATE.
#### 6 Div. 993.

Court of Appeals of Alabama.
Dec. 5, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

PER CURIAM.

Appeal dismissed.

44 So.2d 31

### Charlie BEAVERS v. STATE.
#### 6 Div. 873.

Court of Appeals of Alabama.
Dec. 6, 1949.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Receiving, etc. stolen property.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

46 So.2d 858

### Charlie W. (alias Charles) BEAVERS v. STATE.
#### 6 Div. 992.

Court of Appeals of Alabama.
April 25, 1950.

Appeal from Circuit Court, Tuscaloosa County; Reuben H. Wright, Judge.

Disposing of mortgaged property.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

46 So.2d 858

### Frank BECK v. STATE.
#### 6 Div. 947.

Court of Appeals of Alabama.
April 25, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Carnal knowledge.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding judge.

Affirmed.